red to this complaint upon the ground that several causes of action were improperly united, and each defendant separately demurred upon the same ground, and also upon the ground that the complaint does not state facts sufficient to constitute a cause of action against it. For the reasons stated in the case of City of New York v. Sixth Ave. R. Co. (decided herewith) 79 N. Y. Supp. 319, we think that the judgment appealed from, so far as it overrules the joint demurrer of the defendants, and the separate demurrers of the Forty-Second Street & Grand Street Ferry Raiload Company and the Metropolitan Cross-Town Railway Company should be reversed, and the demurrers sustained, with costs in this court and in the court below, and that the judgment, so far as it overrules the separate demurrer of the Metropolitan Street Railway Company, should be affirmed, with costs, with leave to the Metropolitan Street Railway Company to answer on payment of costs in this court and in the court below. All concur.

---

CITY OF NEW YORK v. M. E. MOORE BRONZE & PLATE CO. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by the City of New York against the M. E. Moore Bronze & Plate Company. No opinion. Motion granted with $10 costs of motion and costs in the court below.

---

CITY OF NEW YORK, Respondent, v. NINTH AVE. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by the city of New York against the Ninth Avenue Railroad Company and others.' From an interlocutory judgment overruling demurrers to the complaints, defendants appeal. Reversed in part. Charles F. Brown, for appellants. Chase Mellen, for respondent.

INGRAHAM, J. The questions presented in this case are the same as those presented in the case of City of New York v. Sixth Ave. R. Co. (decided herewith) 79 N. Y. Supp. 319; and, for the reasons stated in the opinion in that case, we think that the judgment appealed from, so far as it overrules the joint demurrer of the defendants, and the separate demurrers of the Ninth Avenue Railroad Company and the Houston, West Street & Pavonia Ferry Railroad Company should be reversed, and the demurrers sustained, with costs in this court and in the court below, and that the judgment, so far as it overrules the separate demurrer of the Metropolitan Street Railway Company, should be affirmed, with costs, with leave to the Metropolitan Street Railway Company to answer on payment of costs in this court and in the court below. All concur.

---

In re CLARK. (Supreme Court, Appellate Division, Fourth Department. November 25, 1902.) In the matter of Eugene P. Clark, an incompetent. No opinion. Orders appealed from affirmed, with $10 costs and disbursements.

---

CLARK, Appellant, v. CROSS, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Christopher P. Clark against Frank H. Cross. No opinion. Judgment and order affirmed, with costs.

---

CLARK, Respondent, v. LYON, Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1902.) Action by Francis Clark against John Lyon.

PER CURIAM. Judgment (77 N. Y. Supp. 967) modified by deducting from the amount recovered the sum of $286.61 (being interest on the balance claimed in the complaint from October 25, 1895, to May 18, 1899), and, as so modified, judgment and order affirmed, without costs to either party.

---

COHEN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by Samuel Cohen against the city of New York. No opinion. Motion granted, without costs.

---

COHEN et al. v. GROSS et al. (Supreme Court, Appellate Division, First Department. November 14, 1902.) Action by Philip Cohen and another against Samuel Gross and others. No opinion. Motion granted, with $10 costs.

---

COHEN, Appellant, v. STEELE, Respondent. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Lewis A. Cohen against Stanford H. Steele. No opinion. Order affirmed, with $10 costs and disbursements.

---

COHEN, Appellant, v. STEELE, Respondent. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Morris Cohen against Stanford H. Steele. I. N. Miller, for appellant. C. H. Otis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

COHEN v. YETTER. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by Andrew Cohen against Andrew B. Yetter. No opinion. Motion granted so far as to dismiss appeal, with $10 costs of motion.

---

COLUMBIA MUT. BUILDING & LOAN ASS'N OF NEW YORK, Respondent, v. MITTNACHT, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1902.) Action by the Columbia Mutual Building & Loan Association of New York against Jacob A. Mittnacht, as substituted trustee, etc., impleaded, etc. No opinion. Motion for resettlement of order denied.

---

CONNOR, Plaintiff. v. O'MARA, Defendant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Julie E. Connor against Stephen D. O'Mara. No opinion. Judgment of the municipal court affirmed, with costs.